Marcel Love
c/o Jonathan D. Soglin
Staff Attorney
First District Appellate Project
730 Harrison St., Suite 201
San Francisco, CA 94107
**Petitioner**

RECEIVED
2009 MAR 19 PM 2:44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA S.J.

*E-FILED - 4/15/09*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL LOVE,<br><br>Petitioner,<br><br>v.<br><br>Melissa Lea, Chief Deputy Administrator, California Out-of-State Correctional Facility; Fred Figueroa, Warden, North Fork Correctional Facility, Oklahoma,<br><br>Respondent. | No. C-08-4356-RMW (PR)<br><br>~~PROPOSED~~ ORDER EXTENDING TIME FOR PETITIONER'S TRAVERSE AND POINTS AND AUTHORITIES<br><br>Before: HON. RONALD M. WHYTE |

Petitioner's Motion to Extend Time For Petitioner's Traverse and Points and Authorities is granted. Petitioner shall file the traverse and points and authorities by April 20, 2009.

IT IS SO ORDERED.

Dated:     4/14/09

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

~~PROPOSED~~ ORDER GRANTING MOTION TO EXTEND TIME FOR PETITIONER'S
TRAVERSE AND POINTS AND AUTHORITIES -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare that I am over 18 years of age and not a party to the within cause. I am employed in the County of San Francisco, State of California. My business address is 730 Harrison Street, Suite 201, San Francisco, CA 94107. On March 18, 2009, I have caused to be served a true copy of the attached **PROPOSED ORDER EXTENDING TIME FOR PETITIONER'S TRAVERSE AND POINTS AND AUTHORITIES** on each of the following, by placing same in an envelope(s) addressed as follows:

Cal. Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-3664
(Respondent)

Each said envelope was sealed and the postage thereon fully prepaid. I am familiar with this office's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice each envelope would be deposited with the United States Postal Service in San Francisco, California, on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 18, 2009, at San Francisco, California.

_____
Declarant